Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JEANETTE JOGIEL<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>CAPITAL MANAGEMENT SERVICES, LP<br><br>　　　　Defendant. | Case No.: 2:09-cv-02823-WBS-KJM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:   April 20, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[Proposed] Order